Sylvester COPELAND, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7145.

United States Court of Appeals,
Federal Circuit.

July 10, 2002.

ON MOTION

*ORDER*

Upon consideration of Sylvester Copeland's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted and the motion is granted.

(2) Each side shall bear its own costs.

Robert J. CASTELLINI, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7368.

United States Court of Appeals,
Federal Circuit.

July 10, 2002.

ON MOTION

*ORDER*

Upon consideration of Robert J. Castellini's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted and the motion is granted.

(2) Each side shall bear its own costs.